UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| JEREMY LEVIN and DR. LUCILLE LEVIN,<br><br>             Plaintiffs,<br><br>    vs.<br><br>ISLAMIC REPUBLIC OF IRAN; IRANIAN MINISTRY OF INFORMATION AND SECURITY; SEYYED ALI HOSSEINI KHAMENEI; MOHAMMED MOHAMMED NIK; ISLAMIC REVOLUTIONARY GUARD CORP,<br><br>             Defendants.<br><br>UNITED STATES OF AMERICA,<br><br>             Intervenor. | 4:20-MC-00035-KES<br><br><br>ORDER GRANTING MOTION TO STAY |

   Plaintiffs and intervenor jointly move to stay this case, and all current deadlines, pending final resolution of appeals taken in *Levin v. Wells Fargo Bank, N.A.*, Civ. A. No. 21-0420 (D.D.C.) or *Levin v. Islamic Republic of Iran*, Civ. A. No. 05-2484 (D.D.C.). Docket 19. A "district court [has] the inherent power to grant [a] stay in order to control its docket, conserve judicial resources, and provide for a just determination of the cases pending before it." *Contracting Northwest, Inc. v. City of Fredericksburg, Iowa*, 713 F.2d 382, 387 (8th Cir. 1983). The issues pending before the D.C. Circuit overlap with the issues this court will address. The court finds that the interest of judicial

economy justifies staying this proceeding pending resolution of the pending appeals. Thus, it is

ORDERED that the joint motion to stay (Docket 19) is granted.

Dated May 7, 2021.

                                  BY THE COURT:

                                  */s/ Karen E. Schreier*
                                  KAREN E. SCHREIER
                                  UNITED STATES DISTRICT JUDGE